DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JERRY WARREN,**
Appellant,

v.

**WELLS FARGO BANK, NATIONAL ASSOCIATION,** as Trustee for the Structured Asset Mortgage Investments II Inc., Bear Stearns Mortgage Funding Trust 2007-AR1, Mortgage Pass Through Certificates, Series 2007-AR1,
Appellee.

No. 4D18-739

[March 6, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William Haury, Jr., Judge; L.T. Case No. 13-10112(11).

Michael Jay Wrubel of Michael Jay Wrubel, P.A., Davie, for appellant.

Jan Timothy Williams of Lapin & Leichtling, LLP, Winter Park, for appellee.

PER CURIAM.

*Affirmed. See Bank of New York Mellon Trust Co. N.A. v. Fitzgerald,* 215 So. 3d 116 (Fla. 3d DCA 2017).

CIKLIN, LEVINE and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***